FILED

03/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0257

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0257

| | | |
|---|---|---|
| TIM BEARD, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | ORDER GRANTING MOTION |
| vs. | ) | FOR EXTENSION OF TIME |
| | ) | FOR APPELLEE TO FILE |
| CHARLES SPRAGUE, Deceased, by | ) | RESPONSE BRIEF |
| and through PAULETTE SPRAGUE, | ) | |
| and PAULETTE SPRAGUE | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

Upon Motion of the Appellee, Paulette Sprague, supported by the Affidavit of her counsel of record, David B. Gallik, and his assistant, Veronica White,

The Court being duly advised that the motion is unopposed, finds good cause exists;

IT IS HEREBY ORDERED that the Appellee and Counter Defendant IS GRANTED an additional 30 days to prepare and file the Response Brief, up to and including April 28, 2023.

DATED this _____ day of _____, 2023.

_____
Justice of the Supreme Court

## CERTIFICATE OF SERVICE

I hereby certify that on this _30_ day of March, 2023, a true and correct copy of the foregoing document was served upon the following by email and by inserting the same in postage prepaid, pre-addressed envelope and mailing it via the United States Postal Service in Helena, Montana to:

Mark Lancaster
Element Law Group, PLLC
P.O. Box 1144
Helena, MT 59624-1144
mark@elementlawgroup.com

Dated this _30_ day of March, 2023.

_____

Order Granting Extension of Time — Page 2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2023